### WELLS v. STATE.

No. 22074.

Court of Criminal Appeals of Texas.

April 15, 1942.

90

Rush Record and John Morse, both of Wichita Falls, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for robbery. The punishment assessed is confinement in the state penitentiary for a period of 30 years.

The record is before us without a statement of facts or bills of exception. The indictment and all other matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.